# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 3, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

155101(20)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                         SC: 155101
                                         COA: 334079

CRAIG ALEXANDER JULIAN,
            Defendant-Appellant.
                                         Bay CC: 10-010989-FC
_____/

      On order of the Court, the motion for reconsideration of this Court's November 29, 2017 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

      WILDER, J., did not participate because he was on the Court of Appeals panel.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 3, 2018



a0326

                                            Clerk